UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUDSON HENLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.: 3:16-CV-0555-B |
| NORTHFIELD INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Hudson Henley ("Plaintiff") and Defendant Northfield Insurance Company ("Defendant") (collectively, the "Parties") submit the following Motion to Dismiss with Prejudice:

1. Plaintiff and Defendant have resolved and settled all issues involved in their dispute and, therefore, request that the Court enter an Order dismissing, with prejudice, any and all claims and causes of action Plaintiff has asserted against Defendant in this lawsuit, with each party to bear its own fees and costs.

2. The Parties also respectfully request that this Motion to Dismiss satisfy the Court's May 2, 2016 Order to Show Cause. The Parties reached a settlement agreement shortly before the deadline to appoint a mediator pursuant to the Court's Scheduling Order.

Respectfully submitted,

By: */s/ Tyler J. McGuire*
   James W. Holbrook, III
   Texas Bar No. 24032426
   jholbrook@zelle.com
   Jennifer L. Gibbs
   Texas Bar No. 24050656
   jgibbs@zelle.com
   Tyler J. McGuire
   Texas Bar No. 24098080

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANT NORTHFIELD INSURANCE COMPANY**

-and-

By: */s/ R. Lane Addison*
   R. Lane Addison
   Texas Bar No. 24059355
   rladdison@henleylawpc.com

**HENLEY & HENLEY, P.C.**
3300 Oak Lawn Avenue, Suite 700
Dallas, TX 75219
Telephone:214-821-0222
Facsimile: 214-821-0124

**ATTORNEY FOR PLAINTIFF HUDSON HENLEY**